IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARY KNOWLES, individually and as personal representative of the estate of Harold Knowles, deceased,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MEDTRONIC, INC.,<br><br>　　　　　　Defendant. | 2:07-cv-235-GEB-DAD<br><br><br><br>ORDER |

　　　　On April 4, 2007, the parties filed a joint motion to stay this action, arguing that because "this action will be transferred by the United States District Court for the District of Minnesota and consolidated with MDL 05-1726, . . . [j]udicial economy will be promoted, the litigation resources of both parties conserved, and the possibility of contradictory orders averted, by a stay of all proceedings [in this action]."  (Mot. at 2.)  Since it appears likely that this action will be transferred to <u>In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation</u>, Multidistrict Litigation Proceeding No. 05-1726, in the interest of judicial economy, the parties' motion is granted.

1

Upon entry of this Order, further proceedings in this action are stayed pending a decision on whether this action will be transferred to MDL 05-1726, except that Defendant shall file a status report no later than July 9, 2007, in which it explains the status of its effort to transfer this action to MDL 05-1726.

IT IS SO ORDERED.

Dated: April 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge